NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY FENELUS,
DOC# M40394,

        Appellant,

v.                                                    Case No. 2D18-2980

STATE OF FLORIDA,

        Appellee.

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Joseph C. Fuller, Judge.

Rodney Fenelus, Pro Se.

Ashley Moody, Attorney General
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, BLACK and LUCAS, JJ., Concur.